JOHN L. GANNON [ISB# 1975]
Attorney at Law
1101 W. River Street, Suite 340
Boise, ID 83702
Telephone: (208) 433-0629
Facsimile: (208) 343-5807
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MICHAEL D MURPHY,<br><br>  Plaintiff,<br><br>vs.<br><br>GE MONEY BANK, a National Bank<br><br>  Defendant. | CASE NO. 1:06-cv-0046-LMB<br><br>STIPULATION FOR DISMISSAL |

COMES NOW the Parties by and through their attorneys of record who hereby stipulate and agree as follows:

1. The Court may make a finding that GE Money Bank Account No. xxxx xxxx xxxx 6614, sometimes also described as a "GE/Shaw" or "GE/Alamo" account shall not be reported by any credit reporting agency as an account of Plaintiff Michael D Murphy.

2. The Court may dismiss this matter with prejudice with each party bearing their own costs and attorneys fees.

Dated this 3 day of November, 2006

By _____

Dated this 7 day of November, 2006

By _____

STIPULATION FOR DISMISSAL WITH PREJUDICE - Page 1