### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MICHAEL D. MURPHY,  | Case No.  1:06-cv-0046-LMB |
| Plaintiff, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| GE MONEY BANK, A National Bank, | |
| Defendant. | |

THIS COURT having reviewed the Stipulation of the Parties and the record and file herein:

1. THE COURT FINDS that GE Money Bank Account No. xxxx xxxx xxxx 6614, sometimes described as a "GE/Shaw" or "GE/Alamo" account shall not be reported by any credit reporting agency as an account of Plaintiff Michael D. Murphy.

2. IT IS THEREFORE ORDERED that this matter is dismissed with prejudice with each party bearing their own costs and attorneys fees.

DATED: **November 14, 2006**.

_____
Honorable Larry M. Boyle
Chief U. S. Magistrate Judge

**ORDER FOR DISMISSAL WITH PREJUDICE - 1**